UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

OMAR CASANUEVA HERRERA ,	Case No. 16-11439-AJC

   Debtor.	Chapter 7
_____/

## DECLARATION IN SUPPORT OF MOTION TO LIFT AUTOMATIC STAY

The undersigned, Jill Jones, under penalty of perjury states as follows:

1. I am employed by NISSAN MOTOR ACCEPTANCE CORPORATION as servicer for Nissan-Infiniti LT (hereinafter "NISSAN"), in the capacity of Bankruptcy Specialist.

2. This declaration is based upon the loan payment records of NISSAN. These records are regularly maintained in the course of business, and it is the regular practice to make and maintain these records. These records reflect loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records for the NISSAN and regularly use and rely upon them in the performance of my duties.

3. NISSAN has initiated proceedings to lift the automatic stay with respect to collateral more particularly described as:

**2015 NISSAN VERSA NOTE, VIN: 3N1CE2CP5FL382334**

4. In accordance with the Motor Vehicle Lease Agreement (hereinafter "Agreement"), the Debtor was to make monthly payments to NISSAN.

5. The Debtor defaulted under the terms of the Agreement in that the Debtor did not make payments due for **April 10, 2016**, and is now past due for said payment and all subsequent payments. The Debtor voluntarily surrendered the above collateral to a Nissan dealer on April 1, 2016.

6. As a result of the Debtor's non-payment, the Debtor owes NISSAN the following sums:

   a. Lease liability balance $13558.93 as of April 7, 2016.

      b.      Insurance cost paid at Creditor's expense $_____.

      c.      Other expenses:

| | |
|---|---|
| Attorney fees & costs | $ 576.00 |
| Late Charges | $_____ |
| Accrued Other Fees | $_____ |

7. NISSAN has retained Kelley Kronenberg Attorneys at Law and agreed to pay a reasonable fee for their services.

8. The contract and proof of lien attached to this motion as exhibits are true and accurate copies of the original documents.

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 11 DAY OF April, 2016.

_Jill Jones_
Jill Jones
Bankruptcy Specialist